# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN WILSON<br><br>    *Plaintiff*,<br><br>v.<br><br>THOMAS WOLF,<br><br>    *Defendant*. | Case No. 2:20-cv-04560-JDW |

## ORDER

AND NOW, this 27th day of January, 2021, upon consideration of Defendant's Motion to Dismiss (ECF No. 9), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1. Plaintiff's claims against Governor Wolf in his official capacity under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**;

2. Plaintiff's claims against Governor Wolf under the Americans With Disabilities Act and the Rehabilitation Act are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff may file an amended Complaint, consistent with this Order and the analysis in the Court's Memorandum, on or before February 19, 2021.

If Plaintiff does not file an amended Complaint by the deadline set in this Order, the Court will conclude that he has elected to stand on his Complaint and will close this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**