IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN WILSON<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS WOLF,<br><br>*Defendant.* | Case No. 2:20-cv-04560-JDW |

# ORDER

AND NOW, this 10th day of February, 2021, upon consideration of Plaintiff's Memorandum in Response to Judge Wolson's Memo (ECF No. 13), which the Court treats as a Motion for Reconsideration, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.