IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN WILSON<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS WOLF,<br><br>*Defendant.* | Case No. 2:20-cv-04560-JDW |

## ORDER

AND NOW, this 23rd day of March, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 17), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**HON. JOSHUA D. WOLSON**
United States District Judge